IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE L. ZARATE JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-02224 |
| | ) |
| MIDLAND FUNDING LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant Midland Funding LLC hereby notifies the Court that a resolution of this case has been reached in principal with the Plaintiff, Jose L. Zarate, Jr. Following execution of documents related to that resolution, expected within 60 days, the parties will submit a Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

By: ___/s/ Thomas M. Martin_____
Thomas M. Martin    KS# 13620
M. Cory Nelson    Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lrf-kc.com
cnelson@lrf-kc.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 28th day of May, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Michael Rapp
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

ATTORNEYS FOR PLAINTIFF

                                      /s/ Thomas M. Martin
                                        Attorney for Defendant

W:\DOCS\CLIENT\9619\25297\00092857.DOC